
SEALED

CLERKS OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
3/23/18
JULIA C. DUDLEY, CLERK
BY: s/ K. DOTSON
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* <br><br> 215 DEER PLACE COURT, STRASBURG, VA 22657 | Case No. 5:18-mj-00031 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Virginia  
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   April 2, 2018   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Joel C. Hoppe  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   03/20/2018 1:46 pm  

*Judge's signature*

City and state:   Harrisonburg, VA     Honorable Joel C. Hoppe
*Printed name and title*

Issued by reliable electronic means.

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 5:18-mj-00031 | 03/22/2018   11:42 am | Alan Coleson |

Inventory made in the presence of : T. Ketcham

Inventory of the property taken and name of any person(s) seized:

1 Black WD External Hard-Drive
1 Seagate External Hard-Drive
1 Nexus Tablet
1 Google Cell Phone
1 Cyber Power PC (ET8082-1518)
1 Thecus N4100 Pro NAS Server
1 WD Hard-Drive (WMASY5312731)
1 Citi Mastercard (5424 1806 0706 2202)
2 Misc Documents (Citi )
1 Silver Notebook
1 Antec PC
1 Asus Tablet
1 Cyberpower PC (ET8082-1511)
1 Seagate Hard-Drive (5JT0QRG5)
1 WD Hard-Drive (WMAKE2203004)
1 Seagate Hard-Drive (9TE1MMZ3)
1 WD Sharespace (WU4N19130106)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/23/2018

*Executing officer's signature*

David Liu, Special Agent, DHS/HSI
*Printed name and title*

Received in chambers by reliable electronic means and sworn and attested to by phone on March 23, 2018.

U.S. Magistrate Judge